Argued and submitted June 4, affirmed July 15, 1998

In the Matter of the Compensation of
Onalee D. Parish, Claimant.

Onalee D. PARISH,
*Petitioner,*

*v.*

FRIESEN PRODUCTS,
SAIF Corporation, and Safeco Insurance Company,
*Respondents.*

(96-07037, 96-05243; CA A98880)

958 P2d 907

Max Rae argued the cause and filed the brief for petitioner.

David L. Runner argued the cause for respondents Friesen Products and SAIF Corporation.

Deborah L. Sather argued the cause for respondents Friesen Products and SAFECO Insurance Company.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *SAIF v. Walker*, 145 Or App 294, 930 P2d 130 (1996), *rev allowed* 325 Or 367 (1997).